**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Bluepoint Medical Associates, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-5675535** |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **14631 Lee Highway, Suite 413**<br>**Centreville, VA 20121**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Fairfax**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)  _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Bluepoint Medical Associates, LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Bluepoint Medical Associates, LLC**_____  Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Bluepoint Medical Associates, LLC**                                  Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 19, 2019**
                MM / DD / YYYY

**X** **/s/ LaTaunya Johnson-Weaver**                              **LaTaunya Johnson-Weaver**
    Signature of authorized representative of debtor                    Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ John T. Donelan**                                     Date **September 19, 2019**
    Signature of attorney for debtor                                      MM / DD / YYYY

**John T. Donelan 18049**
Printed name

**Law Office of John T. Donelan**
Firm name

**125 S. Royal Street**
**Alexandria, VA 22314-3327**
Number, Street, City, State & ZIP Code

Contact phone   **703-684-7555**          Email address   **donelanlaw@gmail.com**

**18049 VA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Bluepoint Medical Associates, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Respironics, Inc.<br>3000 Minuteman Rd., Bldg 2<br>Andover, MA 01810 | | | | | | $212,519.00 |
| SKC Parkway, LLC<br>9210 Park Ave.<br>Manassas, VA 20110 | | | | | | $121,922.00 |
| Winston Johnson<br>18412 River Rd<br>Hazel Crest, IL 60429 | | | | | | $49,900.00 |
| Kabbage<br>925 B Peachtree St., NE<br>Suite 1688<br>Atlanta, GA 30309 | | | | | | $45,418.00 |
| Joyce Johnson<br>18412 River Road<br>Hazel Crest, IL 60429 | | | | | | $40,514.00 |
| Fisher & Paykel<br>173 Technology Dr., Ste 100<br>Irvine, CA 92618 | | | | | | $34,675.00 |
| Rees Broome, PC<br>1900 Gallows Rd., Ste 700<br>Vienna, VA 22182 | | | | | | $28,000.00 |
| VGM Group<br>P.O. Box 2817<br>Waterloo, IA 50704-2817 | | | | | | $27,643.00 |
| Wisteria LLC<br>P.O. Box 10893<br>Rockville, MD 20849-0893 | | | | | | $25,000.00 |

Debtor **Bluepoint Medical Associates, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **H2 Property LLC** c/o Charles H. Lee 10939 Haislip Lane Lorton, VA 22079 | | | | | | $21,270.00 |
| **Capital One** Glasser & Glasser 580 East Main St., Ste 600 Norfolk, VA 23510 | | **Credit Card** | | | | $20,121.00 |
| **Glass Jacobson Financial Group** 800 King Farm Blvd., Suite 500 Rockville, MD 20850 | | | | | | $18,000.00 |
| **Elan Cardmember Services** P.O. Box 790408 Saint Louis, MO 63179 | | **Credit Card** | | | | $17,000.00 |
| **Sunset Healthcare Solutions** 279 Madsen Dr., Ste 101 Bloomingdale, IL 60108 | | | | | | $15,508.00 |
| **Guardian Plumbing Services** 16401 Old Central Avenue Upper Marlboro, MD 20774 | | | | | | $15,000.00 |
| **Elan Cardmember Services** P.O. Box 790408 Saint Louis, MO 63179 | | **Credit Card** | | | | $13,626.00 |
| **3B Medical** 203 Avenue A, NW Suite 300 Winter Haven, FL 33881 | | | | | | $13,163.00 |
| **Apollo Endosurgery** 32663 Collection Center Dr. Chicago, IL 60693-0326 | | | | | | $9,379.00 |
| **Hitachi** Richard Glassman, Esquire 222 S. Ninth St., Ste 1600 Minneapolis, MN 55402 | | | | $6,297.00 | $0.00 | $6,297.00 |

Debtor **Bluepoint Medical Associates, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **County of Fairfax Dept. of Tax Administration P.O. Box 10202 Fairfax, VA 22035-0202** | | | | | | $3,177.00 |

```
3B Medical
203 Avenue A, NW
Suite 300
Winter Haven, FL 33881


Apacheta
53 W. Baltimore Pike, Ste 200
Media, PA 19063


Apollo Endosurgery
32663 Collection Center Dr.
Chicago, IL 60693-0326


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Atlantic Union Bank
P.O. Box 940
Ruther Glen, VA 22546


Biohaz Solutions
23 Tonoli Road
Nesquehoning, PA 18240


Bluebridge
Marion Dere Muller
17 West Jefferson St., Ste 100
Rockville, MD 20850


Bluebridge/Hitachi
Bluebridge Financial LLC
535 Washington St., Ste 201
Buffalo, NY 14203


Brickwall Printing & Graphics
14088-D Sullyfield Cir.
Chantilly, VA 20151


Bryn Mawr Financing
620 West Germantown Pike
Ste 310
Plymouth Meeting, PA 19462
```

Capital One
Glasser & Glasser
580 East Main St., Ste 600
Norfolk, VA 23510


Christina McAlpin Taylor, Esqu
Smith Debnam
P.O. Box 176010
Raleigh, NC 27619


CNC Complete Services
7327 Old Alexandria Sperry Rd
Clinton, MD 20735


Comcast
Attn: Bankruptcy Dept.
One Comcast Center
Philadelphia, PA 19103


County of Fairfax
Dept. of Tax Administration
P.O. Box 10202
Fairfax, VA 22035-0202


Daniel C. Fleming, Esquire
300 East 42nd St., 14th Floor
New York, NY 10017


Daniel C. Fleming, Esquire
821 Alexander Rd., Ste 200
P.O. Box 3663
Princeton, NJ 08543-3663


Elan Cardmember Services
P.O. Box 790408
Saint Louis, MO 63179


Financial Pacific Leasing
3455 S 344th Way
Auburn, WA 98001


Fisher & Paykel
173 Technology Dr., Ste 100
Irvine, CA 92618

```
Glass Jacobson Financial Group
800 King Farm Blvd., Suite 500
Rockville, MD 20850


Gordon Young, Esquire
10045 Red Boulevard, Ste 160
Owings Mills, MD 21117


Greenberg Law Firm
541 Luck Ave., SW, Ste 200
Roanoke, VA 24016


Guardian Plumbing Services
16401 Old Central Avenue
Upper Marlboro, MD 20774


H2 Property LLC
c/o Charles H. Lee
10939 Haislip Lane
Lorton, VA 22079


Hitachi
Richard Glassman, Esquire
222 S. Ninth St., Ste 1600
Minneapolis, MN 55402


John O'Brien, III
257 E. Lancaster Ave.
Wynnewood, PA 19096


Joyce Johnson
18412 River Road
Hazel Crest, IL 60429


Kabbage
925 B Peachtree St., NE
Suite 1688
Atlanta, GA 30309


Key Finance
1000 South McCaslin Blvd
Superior, CO 80027-9437
```

```
Lauri Darwin
P.O. Box 65
Glendale, SC 29346


Law Office Crystal Moroney, PC
17 Squadron Blvd., Ste 303
New City, NY 10956


Lohrmann & Rim
7700 Little River Turnpike
Ste 207
Annandale, VA 22003


Marion Dere Muller
17 West Jefferson St., Ste 100
Rockville, MD 20850


Marshall Todd Kizner, Esq
993 Lenox Dr., Bldg 2
Lawrence Township, NJ 08648


Navitas Credit Corp
201 Executive Center Dr.
Ste 100
Columbia, SC 29210


Navitas Credit Corp
P.O. Box 935204
Atlanta, GA 31193-5204


Pawnee Leasing
3801 Automation Way, # 207
Fort Collins, CO 80525


Philips Medical Capital, LLC
1111 Old Eagle School Road
Wayne, PA 19087


Quest Diagnostics
P.O. Box 829787
Philadelphia, PA 19182-9787


Rees Broome, PC
1900 Gallows Rd., Ste 700
Vienna, VA 22182
```

Renee Mcguinee LaSource Group
P.O. Box 422
North East, PA 16428


Respironics, Inc.
3000 Minuteman Rd., Bldg 2
Andover, MA 01810


Robert Zelnick, Esquire
Zelnick, Vanderpool, Frostick
9200 Church St., Ste 400
Manassas, VA 20110


SESCO Management Consultants
P.O. Box 1848
Bristol, TN 37621


SKC Parkway, LLC
9210 Park Ave.
Manassas, VA 20110


Sunset Healthcare Solutions
279 Madsen Dr., Ste 101
Bloomingdale, IL 60108


Synchrony Bank
P.O. Box 960013
Orlando, FL 32896-0013


Terry Legum, Esquire
4004 Williamsburg Ct.
Fairfax, VA 22032


The Kaplan Group
2250 King Court, Ste 50
San Luis Obispo, CA 93401


Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505


VGM Group
P.O. Box2817
Waterloo, IA 50704-2817

```
Weinstock & Malley
107 W Main St, Suite 5
Clinton, NJ 08809-1286


Winston Johnson
18412 River Rd
Hazel Crest, IL 60429


Wisteria LLC
P.O. Box 10893
Rockville, MD 20849-0893


Xcel
Friedman Framme Thursh
10461 Mill Run Cir., Ste 550
Owings Mills, MD 21117
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Bluepoint Medical Associates, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Bluepoint Medical Associates, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bluepoint Holdings, LLC**
**14631 Lee Highway, Ste 413**
**Centreville, VA 20121**

☐ None [*Check if applicable*]

**September 19, 2019**
Date

**/s/ John T. Donelan**
**John T. Donelan 18049**
Signature of Attorney or Litigant
Counsel for  **Bluepoint Medical Associates, LLC**
**Law Office of John T. Donelan**
**125 S. Royal Street**
**Alexandria, VA 22314-3327**
**703-684-7555 Fax:703-684-0981**
**donelanlaw@gmail.com**