IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE:                                              )
                                                    )
BLUEPOINT MEDICAL ASSOCIATES, LLC,                  )    Case No. _____
                                                    )    Chapter 11
        Debtor-In-Possession.                       )
                                                    )
_____)

## STATEMENT OF OPERATIONS, CASH-FLOW

NONE

I declare under penalty of perjury that the Debtor has no balance sheet for 2019 no statement of operations or cash flow statement has been prepared and no Federal tax return for 2018 has been filed.

9/19/2019
DATE

BLUEPOINT MEDICAL ASSOCIATES, LLC.
By:  LaTaunya Johnson-Weaver