# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria **Division**

In re Bluepoint Medical Associates, LLC

Case No. 19-13121-KHK

Debtor(s)    Chapter    11

## ORDER EXTENDING TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to _____10/18/2019_____, for filing the following:

All Schedules and Statement of Financial Affairs
Summary of Your Assets and Liabilities and Certain Statistical Information
List of Equity Security Holders
Attorney Fee Disclosure and Small Business: Balance Sheet, Statement Of Operations, Cash Flow Statement,
Federal Income Tax Returns (or perjury statement of none)

WILLIAM C. REDDEN
Clerk of Court

By /s/ Kimberly J Chandler
       Deputy Clerk

Date: October 1, 2019

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

October 1, 2019

[oextflss ver 01/10]