# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**TO:**  
Bluepoint Medical Associates, LLC  
ATTN: Anabelle Merisme  
203 Avenue A, NW, Suite 300  
Winter Haven, FL 33881

**In re:**  Bluepoint Medical Associates, LLC

**Case Number**   19−13121−KHK  
**Chapter**   11  
.

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

Proof of Claim #2−1 on behalf of Bluepoint Medical Associates, LLC in the amount of $8,954.24.

**CLAIMS/TRANSFER OF CLAIM:**

- ＿  Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

- ＿  Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

- ＿  Official Form 2100A – Transfer of Claim Other Than For Security.* The transfer is NOT in substantial compliance with the Procedural Official Form Official 2100A.

- **X**  Official Form 410 – Proof of Claim* – not attached to entry or attached form not in substantial compliance with Official Form.

- ＿  Official Form 2100A – Transfer of Claim Other Than For Security.* A transfer of claim fee of $25.00 is due and owing. Please make payment IMMEDIATELY, so that your transfer may be processed.

- ＿

*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   October 4, 2019                              CLERK, UNITED STATES BANKRUPTCY COURT

                                                     By /s/ Dayna Marie Huntington, Deputy Clerk  
[igclaimsvDec2015.jsp]                               Direct Dial Telephone No. 703

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 19-13121-KHK
Bluepoint Medical Associates, LLC                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9           User: huntingto           Page 1 of 1              Date Rcvd: Oct 04, 2019
                               Form ID: iclaim15         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db           +Bluepoint Medical Associates, LLC,   14631 Lee Highway,   Suite 413,
               Centreville, VA 20121-5835
             +Bluepoint Medical Associates, LLC,   Attn: Anabelle Merisme,   203 Avenue A, NW, Suite 300,
               Winter Haven, FL 33881-4540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Gordon Stewart Young    on behalf of Creditor    Financial Pacific Leasing, Inc.
               gordon.young@lf-pc.com, pierce.murphy@lf-pc.com;ecf@lf-pc.com
              Jack  Frankel    on behalf of U.S. Trustee John P. Fitzgerald, III jack.i.frankel@usdoj.gov,
               USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              John T. Donelan    on behalf of Debtor    Bluepoint Medical Associates, LLC donelanlaw@gmail.com
              Joseph A. Guzinski    on behalf of U.S. Trustee John P. Fitzgerald, III
               joseph.a.guzinski@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 5