# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | |
| Bluepoint Medical Associates, LLC | Case No. 19-13121-KHK<br>Chapter 11 |
| Debtor | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010, John C. Morgan of the law firm of NEW DAY LEGAL, PLLC hereby enters his appearance in this matter as counsel for Wisteria 12810, LLC.

REQUEST IS HEREBY MADE that all notices given or required to be given in this case and all papers, pleadings and motions, served or required to be served in this case shall be directed to the undersigned, whose office address, telephone, and facsimile numbers are set forth below.

                                                                                      WISTERIA 12810, LLC
                                                                                      By Counsel

/s/ John C. Morgan
John C. Morgan, Esquire, VSB # 30148
Scott W. Carpenter, Esquire, VSB # 89057
Suad Bektic, Esquire, VSB # 90012
NEW DAY LEGAL, PLLC
98 Alexandria Pike, Suite 10
Warrenton, Virginia 20186
(540) 349-3232
FAX: (888) 612-0943
*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have sent by ECF, or caused to be mailed, a true copy of the foregoing Notice of Appearance to the following this 23rd day of October 2019.

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

John T. Donelan, Esquire
125 South Royal Street
Alexandria, VA 22314
*Counsel for the Debtor*

                                                  /s/ John C. Morgan
                                                       John C. Morgan