# Statement of Account for Bluepoint Medical Associates

There was a payment agreement for arrearages, for which Bluepoint complied until the end of April, 2019.   They paid through April 19, 2019 as agreed, but only paid $1,450 on April 26, 2019, leaving $1,050 owed for the payment due date of April 26th.  Therefore there is owed:

4/26   $1,050

5/3    $3,500

5/10   $3,500

5/17   $3,500

5/24   $3,500

5/31   $1,536.95

6/1    $6,200

7/1    $6,200

8/1    $6,946.95

9/1    $6,946.95

TOTAL:  **$42,880.85**