# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: **Bluepoint Medical Associates, LLC** Debtor | Case No. 19-13121-KHK Chapter 11 |

## MOTION TO EXPEDITE HEARING

Wisteria 12810, LLC, by counsel, has filed a Motion for Relief from the Automatic Stay. For the reasons stated in the Motion, and due to the fact that the Movant is not adequately protected, that the damages to the Movant are ongoing and that there is an urgent health issue, the Movant respectfully requests an expedited hearing to be held on November 12, 2019 at 11:00 a.m. in Judge Kindred's Courtroom, U.S. Bankruptcy Court, Courtroom III, 200 South Washington Street, Alexandria, VA.

WISTERIA 12810, LLC
By Counsel

Dated: October 24, 2019

NEW DAY LEGAL, PLLC

By: /s/ John C. Morgan
John C. Morgan, Esquire, VSB # 30148
Scott W. Carpenter, Esquire, VSB # 89057
Suad Bektic, Esquire, VSB # 90012
98 Alexandria Pike, Suite 10
Warrenton, Virginia 20186
Phone: (540) 349-3232
Facsimile: (888) 612-0943
*Counsel for Wisteria 12810, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of October 2019, I have provided a copy of the foregoing Motion to Expedite Hearing via the CM/ECF system or by first-class, postage paid mail, to the following:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

John T. Donelan, Esquire
125 South Royal Street
Alexandria, VA 22314
*Counsel for the Debtor*

                                                  /s/ John C. Morgan
                                                    John C. Morgan

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

**Bluepoint Medical Associates, LLC**

Debtor

**Case No. 19-13121-KHK**
Chapter 11

## CERTIFICATION FOR EXPEDITED HEARING

Wisteria 12810, LLC, by its undersigned counsel, has filed a Motion for Relief from the Automatic Stay. In support thereof, as required by Local Rule 9013-1(N), John C. Morgan, as counsel for the Movant, hereby certifies the following:

1. I am a member of the Bar of this Court;
2. I have carefully examined the matter and have concluded that there is a true necessity for an emergency hearing;
3. The necessity for this emergency has not been caused by any lack of due diligence; and
4. Based upon the nature of this matter and the relief requested in the Motion to Expedite Hearing, no *bona fide* effort to resolve the matter without a hearing is possible.

By: /s/ John C. Morgan
John C. Morgan, Esq. VSB # 30148
Scott W. Carpenter, Esq. VSB # 89057
Suad Bektic, Esq. VSB # 90012
New Day Legal, PLLC
98 Alexandria Pike, Suite 10
Warrenton, Virginia 20186
Phone: (540) 349-3232
Facsimile: (888) 612-0943
*Counsel for Wisteria 12810, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Local Bankruptcy Rule 9013-1, I hereby certify that on October 24, 2019, I have transmitted a true copy of the foregoing Motion to Expedite Hearing and Certification for Expedited Hearing electronically through the Court's CM/ECF system or by first-class, postage paid mail, to the following:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

John T. Donelan, Esquire
125 South Royal Street
Alexandria, VA 22314
*Counsel for the Debtor*

                                                /s/ John C. Morgan
                                                  John C. Morgan