# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

| | |
|---|---|
| Bluepoint Medical Associates, LLC | Case No. 19-13121-KHK |
| Debtor. | Chapter 11 |

## ORDER GRANTING EXPEDITED HEARING

THIS CASE came on Wisteria 12810, LLC's Motion for an Expedited Hearing (Docket No. 39) on their Motion for Relief from Stay (Docket No. 38). Upon consideration, it is

**ORDERED:**

1. The Motion for an Expedited Hearing (Docket No. 39) is **GRANTED**, and a hearing will be held on **Tuesday, November 5, 2019 at 11:00am**, in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, Virginia 22314.

2. The movant shall immediately give notice by the quickest means to all affected parties. Notice may be electronic, by facsimile, telephonic, hand-delivery, or other means reasonably calculated to give actual notice to the affected parties.

3. Any objections may be made orally at the hearing.

4. The Clerk shall mail copies of this Order or give electronic notice of its entry, to the parties listed below.

Date: Oct 30 2019

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: October 30, 2019

**Copy electronically to:**
John C. Morgan