IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BLUEPOINT MEDICAL ASSOCIATES, LLC, | ) | CASE NO. 19-13121-KHK |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

NOTICE OF EXPEDITED HEARING
ON MOTION TO ALTER OR AMEND
ORDER PERMITTING USE OF CASH COLLATERAL

Atlantic Union Bank has filed a motion (DK 44) (the "Motion") with the court to alter or amend the Court's Order Permitting Interim Use of Cash Collateral and Dismissal of Garnishment in State Court (the "Cash Collateral Order") (Dk 35) and the Court has entered its Order granting an expedited hearing on the Motion.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, you or your attorney will be heard by the Court on **Tuesday, November 5, 2019 at 1:00 p.m.** in Courtroom III, United States Bankruptcy Court, Eastern District of Virginia, Alexandria Division, 200 South Washington Street, Alexandria, Virginia 22314. Written Objections prior to the hearing are waived. Oral objections may be made at the above-referenced hearing.

You must attend the hearing scheduled to be held on **Tuesday, November 5, 2019 at 1:00 p.m.** in Courtroom III, United States Bankruptcy Court, Eastern District of Virginia, Alexandria Division, 200 South Washington Street, Alexandria, Virginia 22314.

If you or your attorney do not attend the hearing, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

ATLANTIC UNION BANK
By Counsel

/s/ Joel L. Dahnke
Joel L. Dahnke, Esquire PLC
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
Attention:    Joel L. Dahnke, Esq.
Telephone:   (703) 273-1009
Facsimile:   (703) 997-5908
Email:       joel@dahnkelaw.com
*Counsel for Atlantic Union Bank*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing will be filed with the United States Bankruptcy Court electronically in the CM / ECF system.  Notice of the filing will be sent to all parties in the CM / ECF system for this case by operation of the Court's electronic filing system, including to the following:

John T. Donelan, Esquire
Law Office of John T. Donelan
125 S. Royal Street
Alexandria, Virginia 22314-3327
Email: donelanlaw@gmail.com
*Counsel for Debtor*

Robert M. Marino, Esquire
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314
Email: rnmarino@rpb-law.com
*Counsel for Phillips Medical Capital, LLC*

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Additionally, I have emailed notice to the above parties and to: Gordon Stewart Young, Esq. at Gordon.young@lf-pc.com; John C. Morgan, Jr., Esq. at rhonda@newdaylegal.com; Byron L. Saintsing, Esq. at bsaintsing@smithdebnamlaw.com; John P. Fitzgerald, III at ustpregion04.ax.ecf@usdoj.gov; Jack Frankel, Esq. at jack.i.frankel@usdoj.gov; Joseph A. Guzinski, Esq. at joseph.a.guzinski@usdoj.gov.

                                                /s/ Joel L. Dahnke