# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

| | |
|---|---|
| Bluepoint Medical Associates, LLC | Case No. 19-13121-KHK |
| Debtor. | Chapter 11 |

### CORRECTED ORDER GRANTING EXPEDITED HEARING

THIS CASE came on Atlantic Union Bank's Motion for an Expedited Hearing (Docket No. 45) on their Motion to Reconsider Order Permitting Use of Cash Collateral (Docket No. 44). Upon consideration, it is

**ORDERED:**

1. The Motion for an Expedited Hearing (Docket No. 45) is **GRANTED**, and a hearing will be held on **Tuesday, November 5, 2019 at 1:00pm**, in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, Virginia 22314.

2. Any objections may be made orally at the hearing.

3. The Clerk shall mail copies of this Order or give electronic notice of its entry, to the parties listed below.

Date: Oct 30 2019

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: October 31, 2019

**Copy electronically to:**
Joel L. Dahnke
Jack Frankel
John T. Donelan
Robert M. Marino