MAILING MATRIX

3B Medical  
203 Avenue A, NW  
Suite 300  
Winter Haven, FL 33881

Bryn Mawr Financing  
620 West Germantown Pike  
Ste 310  
Plymouth Meeting, PA 19462

Gordon S. Young, Esquire  
10045 Red Run Blvd, Ste 160  
Owings Mills, MD 21117

Atlantic Union Bank  
P.O. Box 940  
Ruther Glen, VA 22546

Capital One  
Glasser & Glasser  
580 East Main St., Ste 600  
Norfolk, VA 23510

Greenberg Law Firm  
541 Luck Ave., SW, Ste 200  
Roanoke, VA 24016

The Kaplan Group  
2250 King Court, Ste 50  
San Luis Obispo, CA 93401

CNC Complete Services  
7327 Old Alexandria Sperry Rd  
Clinton, MD 20735

H2 Property LLC  
c/o Charles H. Lee  
10939 Haislip Lane  
Lorton, VA 22079

Apacheta  
53 W. Baltimore Pike, Ste 200  
Media, PA 19063

Comcast  
Attn: Bankruptcy Dept.  
One Comcast Center  
Philadelphia, PA 19103

Hitachi  
Richard Glassman, Esquire  
222 S. Ninth St., Ste 1600  
Minneapolis, MN 55402

Apollo Endosurgery  
32663 Collection Center Dr.  
Chicago, IL 60693-0326

County of Fairfax  
Dept. of Tax Administration  
P.O. Box 10202  
Fairfax, VA 22035-0202

John O'Brien, III  
257 E. Lancaster Ave.  
Wynnewood, PA 19096

AT&T Mobility  
P.O. Box 6463  
Carol Stream, IL 60197-6463

Daniel C. Fleming, Esquire  
300 East 42nd St., 14th Floor  
New York, NY 10017

Joyce Johnson  
18412 River Road  
Hazel Crest, IL 60429

Biohaz Solutions  
23 Tonoli Road  
Nesquehoning, PA 18240

Elan Cardmember Services  
P.O. Box 790408  
Saint Louis, MO 63179

Kabbage  
925 B Peachtree St., NE  
Suite 1688  
Atlanta, GA 30309

Bluebridge  
Marion Dere Muller  
17 West Jefferson St., Ste 100  
Rockville, MD 20850

Financial Pacific Leasing  
3455 S 344th Way  
Auburn, WA 98001

Lauri Darwin  
P.O. Box 65  
Glendale, SC 29346

Bluebridge/Hitachi  
Bluebridge Financial LLC  
535 Washington St., Ste 201  
Buffalo, NY 14203

Fisher & Paykel  
173 Technology Dr., Ste 100  
Irvine, CA 92618

Law Office Crystal Moroney, PC  
17 Squadron Blvd., Ste 303  
New City, NY 10956

Brickwall Printing & Graphics  
14088-D Sullyfield Cir.  
Chantilly, VA 20151

Glass Jacobson Financial Group  
800 King Farm Blvd., Suite 500  
Rockville, MD 20850

Lohrmann & Rim  
7700 Little River Turnpike  
Ste 207  
Annandale, VA 22003

Marion Dere Muller
17 West Jefferson St., Ste 100
Rockville, MD 20850

Navitas Credit Corp
P.O. Box 935204
Atlanta, GA 31193-5204

Respironics, Inc.
3000 Minuteman Rd., Bldg 2
Andover, MA 01810

Navitas Credit Corp
201 Executive Center Dr.
Ste 100
Columbia, SC 29210

Pawnee Leasing
3801 Automation Way, # 207
Fort Collins, CO 80525

Philips Medical Capital, LLC
1111 Old Eagle School Road
Wayne, PA 19087

Renee Mcguinee LaSource Group
P.O. Box 422
North East, PA 16428

Rees Broome, PC
1900 Gallows Rd., Ste 700
Vienna, VA 22182

SKC Parkway, LLC
c/o Kevin W. Pearson
9210 Park Avenue
Manassas, VA 20110

SESCO Management Consultants
P.O. Box 1848
Bristol, TN 37621

SKC Parkway, LLC
9210 Park Ave.
Manassas, VA 20110

Sunset Healthcare Solutions
279 Madsen Dr., Ste 101
Bloomingdale, IL 60108

Synchrony Bank
P.O. Box 960013
Orlando, FL 32896-0013

Terry Legum, Esquire
4004 Williamsburg Ct.
Fairfax, VA 22032

Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505

VGM Group
P.O. Box2817
Waterloo, IA 50704-2817

Weinstock & Malley
107 W Main St, Suite 5
Clinton, NJ 08809-1286

Winston Johnson
18412 River Rd
Hazel Crest, IL 60429

Wisteria LLC
P.O. Box 10893
Rockville, MD 20849-0893

Xcel
Friedman Framme Thursh
10461 Mill Run Cir., Ste 550
Owings Mills, MD 21117

Quest Diagnostics
P.O. Box 829787
Philadelphia, PA 19182-9787

Guardian Plumbing Services
16401 Old Central Ave.
Upper Marlboro, MD 20774

Key Finance
1000 South McCaslin Blvd.
Superior, CO 80027-9437

Daniel C. Fleming, Esquire
821 Alexander Rd, Ste 200
P.O. Box 3663
Princeton, NJ 08543-3663

Marshall Todd Kizner, Esq
993 Lenox Dr., Bldg 2
Lawrence Township, NJ 08648

Christina McAlpin Taylor, Esquire,
Smith Debnam
P.O. Box 176010
Raleigh, NC 27619

Joseph A. Guzinski, Esquire
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Joel L. Dahnke, Esquire
11350 Random Hills Rd., Ste 700
Fairfax, VA 22030

Medconnect
Billing Administration
P.O. Box 95673
Las Vegas, NV 89193-0000

William Tan Assoc. Inc.
5602 Baltimore National Pike
Suite 400
Catonsville, MD 21228-0000

14701 Lee Highway, LLC
5602 Baltimore National Pike
Suite 400
Catonsville, MD 21228-1405

Access Capital
18377 Beach Blvd, Suite 214
Huntington Beach, CA 92648-0000

ANZUM, LLC
14631 Lee Highway, Ste 413
Centreville, VA 20121-0000

Bluepoint Holdings LLC
14631 Lee Highway, Ste 413
Centreville, VA 20121-0000

Bluepoint Wellness, Inc.
14631 Lee Highway, Ste 413
Centreville, VA 20121-0000

Coverys RRG Inc.
1 Financial Center
Boston, MA 02111-0000

Denis Halmi, MD
9103 Steamview Lane
Vienna, VA 22182-0000

Eskender Beyene, MD
7800 Ox Road
Fairfax Station, VA 22039-0000

LaTaunya Johnson-Weaver
9728 Holmes Place, # 302
Manassas, VA 20111-0000

John C. Morgan, Esquire
New Day Legal, PLLC
98 Alexandria Pike, Suite 10
Warrenton, VA 20186

Robert M. Marino, Esquire
Redmon Peyton & Braswell
510 King Street, Suite 301
Alexandria,  VA 22314

Jack I. Frankel, Esquire
Office of the U. S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Byron L. Saintsing, Esquire
P.O. Box 26268
Raleigh, NC 28611

Steven H. Greenfeld, Esquire
Cohen Baldinger & Greenfeld
2600 Tower Oaks Blvd, Ste 103
Rockville, MD 20852